UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ESTUARDO FIGUEROA ROJAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and Does 1 to 50, inclusive,<br><br>Defendant. | No. 2:25-cv-03908-PA-MAR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Percy Anderson<br>United States District Judge |

1

Pursuant to the Stipulation for Dismissal filed by the parties, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated:  February 3, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE